Before KATHIANNE KNAUP CRANE, P.J., LAWRENCE E. MOONEY, J., and KENNETH M. ROMINES, J.

### ORDER

PER CURIAM.

Movant, Dwayne Wingo, appeals from the judgment denying on the merits his Rule 29.15 motion for post-conviction relief without an evidentiary hearing. The findings and conclusions of the motion court are based on findings of fact that are not clearly erroneous. No error of law appears. An opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum for their information only, setting forth the reasons for this order.

We affirm the judgment pursuant to Rule 84.16(b).

Chris Koster, Attorney General, Dora A. Fichter, Assistant Attorney General, Jefferson City, MO, for Respondent.

Before PATRICIA L. COHEN, P.J., GLENN A. NORTON, J. and ROBERT M. CLAYTON III, J.

### ORDER

PER CURIAM.

Kerwin Scott appeals from the judgment denying his Rule 24.035 motion for post-conviction relief without an evidentiary hearing. We find that the motion court did not clearly err in denying Scott's request for post-conviction relief. We affirm.

An extended opinion would have no precedential value. We have, however, provided the parties a memorandum setting forth the reasons for our decision. The judgment of the trial court is affirmed under Rule 84.16(b).

■

**Kerwin D. SCOTT, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. ED 96557.

Missouri Court of Appeals, Eastern District, Division Four.

Feb. 14, 2012.

Maleaner Harvey, Assistant Public Defender, St. Louis, MO, for Appellant.

■

**Donald PULLUM, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. ED 96752.

Missouri Court of Appeals, Eastern District, Division Four.

Feb. 14, 2012.